IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-00158-MSK-KLM

SUKHWINDER KAUR,

       Petitioner,

v.

MICHAEL B. MUKASEY, Attorney General of the United States;
ROBERT MUELLER III, Director of the Federal Bureau of Investigation;
MICHAEL CHERTOFF, Secretary of the Department of Homeland Security;
EMILIO GONZALEZ, Director, United States Citizenship and Immigration Services; and
ROBERT MATHER, Denver District Director of United States Citizenship and Immigration Services,

       Respondent.

---

**ORDER AND NOTICE OF HEARING ON LAW AND MOTION CALENDAR**

---

       The following matter is set for hearing on the law and motion calendar of Judge Marcia S. Krieger to be held on **March 27, 2008,** at **1:30 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. The matter is set for a non-evidentiary hearing of not more than 15 minutes. Counsel shall *bring their calendars.*

       The parties shall be prepared to address scheduling in this matter.

       DATED this 13th day of February, 2008.

                                           **BY THE COURT:**

                                           */s/ Marcia S. Krieger*
                                           _____
                                           Marcia S. Krieger
                                           United States District Judge